**UNITED STATES of America, Plaintiff-Appellee,**

v.

**George Calvin WINDLEY, a.k.a. G, Defendant-Appellant.**

**No. 16-10208**

United States Court of Appeals, Ninth Circuit.

Submitted May 8, 2017 *

Filed May 11, 2017

Before: REINHARDT, LEAVY, and NGUYEN, Circuit Judges.

MEMORANDUM **

George Calvin Windley appeals from the district court's judgment and challenges the 121-month sentence imposed on remand following his guilty-plea conviction for conspiracy to engage in sex trafficking, in violation of 18 U.S.C. § 1594(c). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Windley's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Windley the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Windley waived his right to appeal his sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

Before: REINHARDT, LEAVY, and NGUYEN, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.